IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| SAVANNAH MOTON, | : | Case No. 1:23-cv-703 |
| | : | |
| Plaintiff, | : | |
| | : | Judge Matthew W. McFarland |
| v. | : | |
| | : | |
| AMER SPORTS WINTER & OUTDOOR COMPANY, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

1. Defendant's Motion for Summary Judgment (Doc. 13) is GRANTED;
2. Plaintiff's Motion for Partial Summary Judgment (Doc. 14) is DENIED;
3. Summary judgment is ENTERED in favor of Defendant on all of Plaintiff's claims;
4. This case is TERMINATED from the Court's docket.

Dated:  October 8, 2025.                            Richard W. Nagel, Clerk of Court
                                                                         By: */s/ Kellie A. Fields*
                                                                                Deputy Clerk